Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 16 PM 1:01

### ARREST ON OUT-OF-DISTRICT OFFENSE

BY: _____ DEPUTY

Magistrate Case Number: 08 MJ 0136

The person charged as __Roberto Carlos D. Rangel__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Nevada__

with __Failure to Appear Before a Court__, in violation of __Title 18, USC, Section 3146__

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __1/16/08__ .

_M Catherine Klawiter_ (signature)

M. Catherine Klawiter, Special Agent, FBI
(Name)
~~Deputy United States Marshal~~

Reviewed and Approved:
Dated: __1/16/08__

_(signature)_
Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Nevada

UNITED STATES OF AMERICA

V.

ROBERTO CARLOS D. RANGEL
aka David Robert C. Rangel

**WARRANT FOR ARREST**

CR-N-01-0120-HDM-RAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO CARLOS D. RANGEL, aka David Robert C. Rangel
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Failure to Appear Before a Court

in violation of Title __18__ United States Code, Section(s) __3146__

VALERIE P. COOKE
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

(SEAL)

United States Magistrate Judge
Title of Issuing Officer

8/1/01   Reno, Nevada
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

```
HOWARD J. ZLOTNICK
United States Attorney
DANIEL G. BOGDEN
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force
100 West Liberty Street, Suite 600
Reno, Nevada   89501
(775) 784-5438
```

FILED
2001 AUG -1 PM 12:08
LANCE S. WILSON
CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CR-N-01-0120-HDM-RAM

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )   INDICTMENT FOR VIOLATION OF:
                                 )
         v.                      )   TITLE 18, UNITED STATES CODE,
                                 )   SECTION 3146 - Failure To
                                 )   Appear Before A Court
ROBERTO CARLOS D. RANGEL,        )
   aka David Robert C. Rangel,   )
                                 )
              Defendant.         )

THE GRAND JURY CHARGES:

       TITLE 18, UNITED STATES CODE, SECTION 3146 -
           (Failure to Appear Before a Court)

On or about July 30, 2001, in the District of Nevada,

ROBERTO CARLOS D. RANGEL,
aka David Robert C. Rangel,

defendant herein, having been charged with violations of Title 21, United States Code, Sections 846, 843(b), 841(a)(1) and 853 and Title 18, United States Code, Section 2, in a Second Superseding Indictment filed September 20, 2000 and having been released from custody pursuant to the provisions of Title 18, United States Code, Section 3142, in connection with the aforementioned criminal charges and indictment, for appearance before United States District Court Judge

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
      Deputy Clerk

1  Howard D. McKibben in the United States District Court for the
2  District of Nevada for sentencing in Case No. CR-N-00-58-HDM(RAM),
3  entitled <u>United States v. Roberto Carlos D. Rangel, aka David Robert</u>
4  <u>C. Rangel</u>, did knowingly fail to appear as required by the conditions
5  of release pending trial;
6      All in violation of Title 18, United States Code, Sections
7  3146(a)(1) and (b).
8      Dated this ___1___ day of August, 2001.
9      A TRUE BILL:

    _____
    FOREPERSON

HOWARD J. ZLOTNICK
United States Attorney

*Daniel G. Bogden*
DANIEL G. BOGDEN
Assistant United States Attorney
Organized Crime Drug Enforcement
   Task Force

2