MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
THURSDAY, JANUARY 31, 2008

| HON. NITA L. STORMES | DEPUTY CLERK: G. PERRAULT | TAPE# NLS08-10:09 TO 10:11 |
|---|---|---|
| 08MJ0136-NLS | USA        VS        ROBERTO CARLOS D. RANGEL [1] | |
| | ATTY: MICHAEL STEPHEN BERG (CJA) [1] | |
| | AUSA: GEORGE MANAHAN | |

**REMOVAL/ID HEARING**
================================================================

DFT SUBMIT'S WAIVER OF HEARING
DFT WAIVES IDENTITY HEARING AND ADMITS IDENTITY.
DFT IS ORDERED REMOVED TO THE DISTRICT OF NEVADA FORTHWITH.
WARRANT OF REMOVAL SIGNED BY COURT AND ISSUED TO USM.