# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
2008 FEB 11  PM 3: 35
CLERK US DISTRICT COURT
DISTRICT OF CALIFORNIA

BY _____ DEPUTY

February 4, 2008

Clerk, U.S. District Court
District of Nevada - Reno
400 S. Virginia St.
Reno, NV 89501

    Re:    08mj0136-NLS, USA v Rangel

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.



Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk